

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

A1 MARINE ADJUSTERS, INC. :

    Plaintiff :

v. : <u>Case No.: WMN01CV3997</u>

HARTGE YACHT SERVICES, INC. :

    Defendant :

<u>ORDER</u>

Upon Consideration of the Consent Motion to Extend Discovery deadline, and good cause having been shown, it is this 11th day of June, 2002, by the United States District Court

ORDERED, that the Motion to Extend Discovery Deadline is hereby GRANTED and, it is

ORDERED, that the discovery deadline is extended until July 15, 2002.

                                                  _____
                                                  JUDGE, United States District
                                                  Court for the District of
                                                  Maryland

LAW OFFICES
McCARTHY WILSON
100 SOUTH WASHINGTON ST.
ROCKVILLE, MD 20850
(301) 752-7770

Copies To:

James D. Skeen, Esquire
Joy K. Sakellaris, Esquire
Wright, Constable & Skeen, L.L.P.
One Charles Center, 16th Floor
100 N. Charles Street'
Baltimore, MD  21201-3812

and

Jonathan R. Clark, Esquire
McCarthy Wilson
100 South Washington Street
Rockville, MD  20850

LAW OFFICES
McCarthy Wilson
100 SOUTH WASHINGTON ST.
ROCKVILLE, MD 20850
(301) 762-7770