**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
Northern Division

NOV 26 2002

A1 MARINE ADJUSTERS, INC.          :

    Plaintiff                          :

v.                                  :          **Case No.:  WMN01CV3997**

HARTGE YACHT SERVICES, INC.         :

    Defendant                          :

### STIPULATION OF DISMISSAL

TO THE CLERK OF THE COURT:

    You  will please mark the above-captioned case as "**SETTLED AND DISMISSED WITH PREJUDICE**" as to all claims against all parties.

_____          _____
James D. Skeen                            Jonathan R. Clark
Wright, Constable & Skeen, LLP            McCarthy Wilson
One Charles Center, 16th Fl.              100 S. Washington Street
Baltimore, MD  21201-3812                 Rockville, MD  20850
(410) 659-1300                            (301) 762-7770
Attorneys for Plaintiff                   Attorneys for Defendant

APPROVED          THIS 26th DAY
OF November    2002

SENIOR UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of *November*, 2002,

a copy of the foregoing Stipulation of Dismissal was mailed

first-class, postage prepaid to:

James D. Skeen, Esquire
Joy K. Sakellaris, Esquire
Wright, Constable & Skeen, L.L.P.
One Charles Center, 16th Floor
100 N. Charles Street
Baltimore, MD  21201-3812

_____
Jonathan R. Clark